**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO.: 19-cv-0353-BJD-PDB

ERIC BREINES AND ANDREW
PERRONG, INDIVIDUALLY, and
on behalf of all others similarly
situated,

                Plaintiffs,

v.

PRO CUSTOM SOLAR LLC,
D/B/A MOMENTUM SOLAR,
a New Jersey company

                Defendant
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION TO RESPOND TO COMPLAINT**

Defendant, Pro Custom Solar LLC, ("Pro Custom"), by and through its undersigned counsel, hereby files its Unopposed Motion for Extension of Time to Respond to the Complaint, and in support thereof, state as follows:

1. On March 27, 2019, Plaintiffs filed their Complaint (ECF No. 1).

2. Plaintiffs served the Complaint on April 1, 2019, making Defendant's response due on April 22, 2019.

3. Due to the press of matters unrelated to this lawsuit, Defendant needs additional time, through and including May 13, 2019, to respond to the Complaint.

4. Counsel for the Parties have conferred and have agreed to this extension of time to respond the Complaint.

5.      This Unopposed Motion for Extension to Respond to the Complaint is made in good faith, for good cause, and not for the purposes of delay. Granting this motion will not affect any other deadlines, including the trial date.

## **MEMORANDUM OF LAW**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

"Consequently, requests for extensions of time made before the applicable deadline has passed should normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (citations omitted).

WHEREFORE, Defendant respectfully requests that this Honorable Court grant the Defendant's unopposed motion and extend the time to respond to the Complaint to May 13, 2019, and for such other relief deemed equitable and just.

DATED: April 22, 2019

Respectfully submitted,

MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Josh Migdal*
    Josh Migdal
    Florida Bar No. 19136
    josh@markmigdal.com
    Yaniv Adar, Esq.
    Florida Bar No. 63804
    yaniv@markmigdal.com
    eservice@markmigdal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Josh Migdal*
Josh Migdal, Esq.