## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NO.: 19-cv-0353-BJD-PDB

ERIC BREINES AND ANDREW
PERRONG, INDIVIDUALLY, and
on behalf of all others similarly
situated,

                Plaintiffs,

v.

PRO CUSTOM SOLAR LLC,
D/B/A MOMENTUM SOLAR,
a New Jersey company

                Defendant
_____/

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

I, Yaniv Adar, Counsel for Defendant, Pro Custom Solar LLC, ("Pro Custom"), hereby file this notice advising that I am no longer affiliated with the law firm of Homer Bonner Jacobs, located at 1441 Brickell Avenue, Suite 1200, Miami, Florida 33131. Please change my law firm affiliation to Mark Migdal & Hayden, LLC, 80 SW 8th Street, Miami, Florida 33130.

DATED: April 23, 2019                                   Respectfully submitted,

                                                        MARK MIGDAL & HAYDEN
                                                        80 S.W. 8th Street, Suite 1999
                                                        Miami, Florida 33130
                                                        Telephone: (305) 374-0440

                                                        By: *s/ Yaniv Adar*
                                                             Yaniv Adar, Esq.
                                                             Florida Bar No. 63804
                                                             yaniv@markmigdal.com
                                                             Josh Migdal
                                                             Florida Bar No. 19136
                                                             josh@markmigdal.com
                                                             eservice@markmigdal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of April 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        By: *s/ Yaniv Adar*
                                                             Yaniv Adar, Esq.