UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC BREINES, individually, and on
behalf of all others similarly situated and
ANDREW PERRONG, individually, and
on behalf of all others similarly situated,

      Plaintiffs,

v.                                          Case No. 3:19-cv-353-J-39PDB

PRO CUSTOM SOLAR LLC, D/B/A
MOMENTUM SOLAR, a New Jersey
company,

      Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Notice of Proposed Changes to the Case Management and Scheduling Order (Doc. 40). Pursuant to the Court's Order (Doc. 39), which denied the Motion for Protective Order to Temporarily Stay Discovery and/or to Bifurcate Individual and Class Discovery (Doc. 29), the parties filed proposed changes the operative Case Management and Scheduling Order and Referral to Mediation (Doc. 26; CMSO).

Inherent in the Court's authority is the power to manage its affairs so as to achieve the orderly and expeditious disposition of its cases. See Wieckiewicz v. Edu. Credit Mgmt. Corp., 443 F. App'x 449, 450 (11th Cir. 2011). This includes the Court's ability "to extend or modify deadlines within a case management and scheduling order" upon a showing of good cause. See Gadsby v. Am. Golf Corp. of California, No. 2:10-CV-680-FTM-99, 2012 WL 2368568, at *1 (M.D. Fla. June 21, 2012); Fed. R. Civ. P. 16(b)(4). In consideration

of the good cause shown, and the delayed start to discovery, the CMSO is due to be vacated and an amended CMSO is due to be entered in accordance with the Court's calendar with consideration of the parties' proposed deadlines.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Case Management and Scheduling Order and Referral to Mediation (Doc. 26) is **VACATED**.

2. The Court will enter an amended case management and scheduling order and referral to mediation forthwith.

**DONE** and **ORDERED** in Jacksonville, Florida this  9th  day of September, 2019.

BRIAN J. DAVIS
United States District Judge

5
Copies furnished to:

Counsel of Record