**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
CASE NO.: 19-cv-0353-BJD-PDB

ERIC BREINES AND ANDREW
PERRONG, INDIVIDUALLY, and on
behalf of all others similarly situated,

                Plaintiffs,

v.

PRO CUSTOM SOLAR LLC, D/B/A
MOMENTUM SOLAR,
a New Jersey company

                Defendant

_____/

## <u>NOTICE OF EXTRA-JUDICIAL RESOLUTION</u>

Defendant, Pro Custom Solar LLC, d/b/a Momentum Solar ("Defendant"), on behalf of itself and Plaintiffs Eric Breines and Andrew Perrong, individually and on behalf of all others similarly situated ("Plaintiffs" and together with Defendant, the "Parties"), with Plaintiff's notice and permission, hereby notifies the Court that the Parties have reached a tentative extra-judicial resolution of the Parties' differences and disputes in the above-captioned matter. A notice of dismissal will be filed separately. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case.

Dated: January 28, 2020                         Respectfully submitted,

                                        By: s/   Yaniv Adar
                                            A. Paul Heeringa (PHV/Trial Counsel)
                                            MANATT, PHELPS & PHILLIPS LLP
                                            151 N. Franklin St., Suite 2600
                                            Chicago, Illinois 60606
                                            Tel: (312) 529-6300
                                            pheeringa@manatt.com

                                            Josh Migdal (FBN 19136)
                                            Yaniv Adar (FBN 63804)
                                            MARK MIGDAL & HAYDEN
                                            80 S.W. 8th Street, Suite 1999
                                            Miami, Florida 33130
                                            Tel: (305) 374-0440
                                            josh@markmigdal.com
                                            yaniv@markmigdal.com
                                            eservice@markmigdal.com

                                            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of January 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        By: s/ Yaniv Adar
                                            Yaniv Adar, Esq.

2